UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DILENIA PAGUADA, *on behalf of herself and all others* :
*similarly situated*, :
:
                          Plaintiff, : 21-CV-747 (JMF)
:
              -v- : <u>ORDER</u>
:
SAMSON TECHNOLOGIES CORP., :
:
                     Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of January 28, 2021, ECF No. 5, the parties filed a joint status letter on March 16, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 11.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's January 28, 2021 Order.

SO ORDERED.

Dated: March 17, 2021
       New York, New York
                                          JESSE M. FURMAN
                                        United States District Judge