UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILENIA PAGUADA, on behalf of herself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>SAMSON TECHNOLOGIES CORP.<br>　　　　　　　　Defendant. | Case No.  1:21-cv-00747-JMF<br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:　Queens, New York
　　　　April 14, 2021

SO ORDERED.

*[signature]*

April 15, 2021

Respectfully submitted,

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*